Michael T. Harrison (SBN 158983)
mharrison30@aol.com
LAW OFFICES OF MICHAEL T. HARRISON
25876 The Old Road, #304
Stevenson Ranch, CA  91381
Telephone:  661-257-2854
Facsimile:   661-257-3068

Attorney for Plaintiff Marsi Zintel

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARSI ZINTEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC COMMUNITY FEDERAL CREDIT UNION,<br><br>Defendant. | CASE NO. CV09-5517 ODW (AGRx)<br><br>FINAL REVISED APPROVAL ORDER<br><br>Hon Otis D. Wright<br><br>Action Filed: July 28, 2009 |

### REVISED FINAL APPROVAL ORDER

On July 12, 2010, the Court held the fairness hearing regarding the Class Action Settlement.  At said hearing, the Court did not approve the Proposed Final Approval Order and ordered the parties to "work out a new one."  As a result, this Revised [Proposed] Final Approval Order is hereby submitted by the Parties.

This matter comes before the Court on the joint request of Plaintiff, the Class Members and Defendant for final approval of the Class Action Settlement Agreement and Release (the "Settlement Agreement"), and having considered the papers submitted to the Court and proceedings to date, THE COURT FINDS AS

FOLLOWS:

(1) The Court has jurisdiction over the subject matter of this Lawsuit, the Class Representative, the Class Members and Defendant;

(2) Notice was given to the Class pursuant to paragraph 2.4 of the Class Action Settlement Agreement and Release in this matter;

(3) The dissemination of Notice, as provided for in the Preliminary Approval Order and the Settlement Agreement, constituted the best practicable notice under the circumstances to all Class Members and fully met the requirements of Fed. R. Civ. P. 23, any and all substantive and procedural due process rights guaranteed by the United States Constitution and any other applicable law;

(4) The Payment to Class Representative, Paragraph 2.2.B.1 of the Settlement Agreement, shall be changed to read that the Class Representative shall receive $100 for her individual claim and as an incentive award for her services as Class Representative;

(5) The Payment to Class Counsel, Paragraph 2.2.B.2 of the Settlement Agreement, shall be changed to read that Class Counsel shall receive $4,500 (25% of the common fund) of the Settlement Fund in full satisfaction of all reasonable attorneys' fees and costs.

(6) Zero (0) Members of the Settlement Class opted out of the Settlement Agreement;

(7) Zero (0) Members of the Settlement Class objected to the Settlement

Agreement;

(8) The Settlement Agreement now inclusive of the changes made above is fair, reasonable and adequate.

**THEREFORE, IT IS HEREBY ORDERED:**

A. That all defined terms contained herein shall have the same meanings as set forth in the Settlement Agreement and that the payment to class representative and class counsel as set forth above are now implemented into the Settlement Agreement;

B. That the Settlement Agreement, including the Limited Release from the Class members to Pacific Community Federal Credit Union contained therein, is finally approved and the Parties shall implement it pursuant to its terms;

C. That, except as to any person who has timely and effectively requested exclusion from the Settlement Agreement, the Court hereby dismisses with prejudice this Lawsuit, all claims contained therein and all Released Claims;

D. That this Court reserves exclusive and continuing jurisdiction and venue with respect to consummation, implementation, enforcement, construction, interpretation, performance and administration of the Settlement Agreement or Judgment;

E.  That, except as otherwise provided in the Settlement Agreement or herein, the Parties are to bear their own attorneys' fees and costs; and

F.  That this Court bars and permanently enjoins all Class Members, except any person who timely and effectively requested exclusion from the Settlement Agreement, from instituting or prosecuting any action or proceeding, whether class or individual, against Defendant for liability based upon the Released Claims.

SO ORDERED this 31st day of August, 2010.

August 31, 2010

_____
Otis D. Wright
United States District Judge

Respectfully submitted:

_____/s/_____

Michael T. Harrison
LAW OFFICES OF MICHAEL T. HARRISON
25876 The Old Road, #304

Case 2:09-cv-05517-ODW-AGR   Document 32   Filed 08/31/10   Page 5 of 5   Page ID #:138

```
 1                              Stevenson Ranch, CA 91381
                                 (661) 257-2854
 2                               (661) 257-3068 (fax)
                                 mharrison30@aol.com
 3                               Counsel for Plaintiffs
 4
 5
 6                                          /s/
                                 _____
 7                               Colleen Deziel
                                 Anderson, McPharlin & Conners LLP
 8                               444 South Flower Street, 31st Floor
                                 Los Angeles, CA  90071
 9                               213-236-1635
                                 213-622-7594 (fax)
10                               cad@amclaw.com
                                 Counsel for Defendant
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```